IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| V. | ) | AND ORDER |
| | ) | |
| MARK A. SKODA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11CR3034 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STEVEN MILES SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

The above-named defendants are both set for trial before the undersigned commencing on December 12, 2011. Since both defendants are likely to proceed to trial, the undersigned held a conference call with counsel. With their agreement,

IT IS ORDERED that:

(1) Defendant Mark Skoda's trial is set to start on Monday, December 12, 2011, at 9:00 a.m., for five days.

(2) Defendant Steve Sullivan's trial is set to start on Tuesday, December 20, 2011, at 9:00 a.m., for two days.

(3)     The time between today's date and Defendant Sullivan's new trial date is excluded under the Speedy Trial Act and in the interest of justice. <u>See</u> 18 U.S.C. § 3161.

DATED this 6th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge