AO 247 (Rev.  11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America<br>v.<br>Steven Miles Sullivan | ) ) ) ) | |
| | ) | Case No:   4:11CR3034 |
| | ) | USM No:   20983-031 |
| Date of Original Judgment:        03/20/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of        92        months **is reduced to**    77 months                      .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated        03/20/2012        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        08/28/2015                              s/ Richard G. Kopf
                                                          *Judge's signature*

Effective Date:        11/01/2015                         Richard G. Kopf, Senior United States District Judge
                *(if different from order date)*          *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Steven Miles Sullivan

CASE NUMBER: 4:11CR3034

DISTRICT: District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  26                              Amended Total Offense Level:  24

Criminal History Category:  IV                                   Criminal History Category:  IV

Previous Guideline Range:  92  to  115  months   Amended Guideline Range:  77  to  96  months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing nos. 136 and 137 are granted as provided herein.