## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3034 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| STEVEN MILES SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.     The § 2255 motion (Filing No. 113, Ground 8), regarding the failure of defense counsel to impeach Officer Parsons respecting a sworn prior inconsistent statement, is granted, Sullivan's conviction is vacated, and the government is ordered to promptly return to Sullivan the money forfeited to the government. In all other respects, Sullivan's § 2255 motion is denied and dismissed with prejudice. Judgment is entered accordingly.

2.     No certificate of appealability is issued in favor of Sullivan for any claims that have been denied and dismissed with prejudice.

DATED this 17th day of November, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge