IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3034 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| STEVEN MILES SULLIVAN, | ) | |
| Defendant. | ) | |

After consultation with AUSA Nancy Svoboda and FPD David Stickman, and with their agreement, the Court grants the defendant's motion for immediate release (filing no. 148) as more specifically provided below.

IT IS ORDERED that the defendant shall be immediately released from the custody of the Bureau of Prisons at FCI Memphis in Memphis, Tennessee.

IT IS FURTHER ORDERED that the defendant shall execute and file in the court file within four (4) calendar days of his release from prison a personal recognizance agreeing to be bound by the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing when he establishes his new address and telephone number and before any subsequent change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

IT IS FURTHER ORDERED that the foregoing personal recognizance shall expire if the government fails to take an appeal within the time provided by law. If the government takes an appeal, the foregoing personal recognizance shall remain in full force and effect until said appeal is resolved.

Dated November 19, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge