IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>STEVEN MILES SULLIVAN,<br><br>                Defendant. | 4:11CR3034<br><br>ORDER |

      This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. Leave is granted for the dismissal.

      IT IS HEREBY ORDERED the Indictment filed herein is hereby dismissed.

      DATED this 1st day of February, 2016.

                                            BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            Senior United States District Judge